UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**TANIKA TRIBLETT, et al.,**

    **Plaintiffs,**

v.                                                 Case No. 23-CV-993

**HARDEEP ARORA, at al.,**

    **Defendants.**

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiffs, Tanika Triblett, Michael Gainer, Edward Carney, Jr., Shilonda Leavy, Jameke Hayes, and Tyler Morgan, by their attorneys at Hawks Quindel, S.C., move the Court for an order:

    1.    Granting Plaintiffs' motion for default judgment;

    2.    Entering default judgment for Tanika Triblett against Baba Nanak Hospitality Group Corp. and Hardeep Arora in the amount of $7,421.88 in unpaid wages and liquidated damages under the Fair Labor Standards Act ("FLSA"), $5,566.41 in unpaid wages and civil penalties under Wisconsin law, and an amount for attorneys' fees and costs as approved by the Court after briefing;

    3.    Entering default judgment for Michael Gainer against Baba Nanak Hospitality Group Corp. and Hardeep Arora in the amount of $5,714.24 in unpaid wages and liquidated damages under FLSA, $4,285.68 in unpaid wages and civil

penalties under Wisconsin law, and an amount for attorneys' fees and costs as approved by the Court after briefing;

    4.    Entering default judgment for Edward Carney, Jr. against Baba Nanak Hospitality Group Corp. and Hardeep Arora in the amount of $8,228.00 in unpaid wages and liquidated damages under the FLSA, $6,171.00 in unpaid wages and civil penalties under Wisconsin law, and an amount for attorneys' fees and costs as approved by the Court after briefing;

    5.    Entering default judgment for Shilonda Leavy against Baba Nanak Hospitality Group Corp. and Hardeep Arora in the amount of $8,426.00 in unpaid wages and liquidated damages under the FLSA, $6,319.50 in unpaid wages and civil penalties under Wisconsin law, and an amount for attorneys' fees and costs as approved by the Court after briefing;

    6.    Entering default judgment for Jameke Hayes against Baba Nanak Hospitality Group Corp. and Hardeep Arora in the amount of $440.00 in unpaid wages and liquidated damages under the FLSA, $330.00 in unpaid wages and civil penalties under Wisconsin law, and an amount for attorneys' fees and costs as approved by the Court after briefing;

    7.    Entering default judgment for Tyler Morgan against Baba Nanak Hospitality Group Corp. and Hardeep Arora in the amount of $35,420.00 in unpaid wages and liquidated damages under the FLSA, $21,012.00 in unpaid wages and civil penalties under Wisconsin law, and an amount for attorneys' fees and costs as approved by the Court after briefing;

8. Setting a deadline 21 days from the Court's order granting Plaintiffs' motion for default judgment by which Plaintiffs' counsel may file a motion for an award of attorneys' fees and costs; and

9. Providing any further relief the Court deems just and equitable.

Dated: December 1, 2023.

        <u>s/Connor J. Clegg</u>
        Connor J. Clegg Bar Number 1118534
        Larry A. Johnson Bar Number 1056619
        Attorneys for Plaintiff

        Hawks Quindel, S.C.
        5150 North Port Washington Road, Suite 243
        Milwaukee, WI 53217
        Telephone: (414) 271-8650
        Fax: (414) 207-6079
        E-mail: cclegg@hq-law.com
        ljohnson@hq-law.com