# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

TANIKA TRIBLETT, TYLER MORGAN, EDWARD CARNEY, JR., SHILONDA LEAVY, JAMEKE HAYES, and MICHAEL GAINER,

    Plaintiffs,

v.

HARDEEP ARORA and BABA NANAK HOSPITALITY GROUP CORP.,

    Defendants.

Case No. 23-CV-993-JPS

**DEFAULT JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that Plaintiffs Tanika Triblett, Michael Gainer, Edward Carney, Jr., Shilonda Leavy, Jameke Hayes, and Tyler Morgan's motion for default judgment, ECF No. 12, be and the same is hereby **GRANTED**;

  **IT IS FURTHER ORDERED AND ADJUDGED** that default judgment be entered in favor of Plaintiff Tanika Triblett and against Defendants Hardeep Arora and Baba Nanak Hospitality Group Corp., jointly and severally, in the amount of $7,421.88;

  **IT IS FURTHER ORDERED AND ADJUDGED** that default judgment be entered in favor of Plaintiff Michael Gainer and against Defendants Hardeep Arora and Baba Nanak Hospitality Group Corp., jointly and severally, in the amount of $5,714.24;

**IT IS FURTHER ORDERED AND ADJUDGED** that default judgment be entered in favor of Plaintiff Edward Carney, Jr. and against Defendants Hardeep Arora and Baba Nanak Hospitality Group Corp., jointly and severally, in the amount of $8,228.00;

**IT IS FURTHER ORDERED AND ADJUDGED** that default judgment be entered in favor of Plaintiff Shilonda Leavy and against Defendants Hardeep Arora and Baba Nanak Hospitality Group Corp., jointly and severally, in the amount of $8,426.00;

**IT IS FURTHER ORDERED AND ADJUDGED** that default judgment be entered in favor of Plaintiff Jameke Hayes and against Defendants Hardeep Arora and Baba Nanak Hospitality Group Corp., jointly and severally, in the amount of $440.00;

**IT IS FURTHER ORDERED AND ADJUDGED** that default judgment be entered in favor of Plaintiff Tyler Morgan and against Defendants Hardeep Arora and Baba Nanak Hospitality Group Corp., jointly and severally, in the amount of $35,420.00; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this case be and the same is hereby **TERMINATED**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

February 29, 2024          *s/ Jodi L. Malek*
Date                       By: Deputy Clerk